2017 ND 277

**IN the INTEREST OF Jane DOE**

**William Pryatel, M.D., Petitioner and Appellee**

v.

**Jane Doe, Respondent and Appellant**

**No. 20170398**

Supreme Court of North Dakota.

Filed 12/7/2017

Leo A. Ryan, Jamestown, N.D., for petitioner and appellee; submitted on brief.

Andrew Marquart, Fargo, N.D., for respondent and appellant; submitted on brief.

Per Curiam.

[¶ 1] Jane Doe appeals from the district court's order entered on November 2, 2017, for continuing treatment at the North Dakota State Hospital for a period not to exceed one year. Doe argues the district court erred in finding her mentally ill and a person requiring treatment. We

conclude the court's findings are supported by clear and convincing evidence and are not clearly erroneous. We affirm under N.D.R.App.P. 35.1(a)(2).

[¶ 2] Gerald W. VandeWalle, C.J.

Lisa Fair McEvers

Daniel J. Crothers

Jerod E. Tufte

Jon J. Jensen